

FILED
CLERK, U.S. DISTRICT COURT
MAR 12 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Joshua Lee Wooley <br> Defendant. | Case No.: SACR18-00042-CJC <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central Dist. of CA , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  no known bail resources, instant allegations of failing to report, substance abuse

1
2
3       and/or
4  B.   ☒ The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _instant allegations, criminal history,_
8       _substance abuse_
9
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __3/12/19__                      _/s/ Karen E. Scott_
17                                          KAREN E. SCOTT
                                            UNITED STATES MAGISTRATE JUDGE